IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL NO. WMN-02-3807 |
| v. ) | |
| ) | |
| $13,570.93 U.S. CURRENCY, ) | |
| IN BANK ACCOUNT, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL

The United States of America, by and through its undersigned counsel and the signed Settlement Agreement attached hereto, hereby dismisses this matter, filed on November 19, 2002, Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A draft order is submitted herewith for the convenience of the Court.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Lisa M. Griffin
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone (410) 209-4800

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2nd, 2003, a copy of the foregoing Notice of Dismissal was mailed to David B. Schechtman, Esquire, Motor Coach Industries, 1700 East Golf Road, Schaumburg, IL 60173.

_____
Lisa M. Griffin
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL NO. WMN-02-3807 |
| v. ) | |
| ) | |
| $13,570.93 U.S. CURRENCY, ) | |
| IN BANK ACCOUNT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the government's Notice of Dismissal, it is this _____ day of July, 2003, **ORDERED** as follows:

1. This case is **HEREBY DISMISSED** pursuant to the Settlement Agreement attached to the government's Notice of Dismissal.

2. The clerk of the court shall provide a copy of this Order to all parties of record.

                                                                  _____
                                                                  William M. Nickerson
                                                                  United States District Judge